NUMBER 13-07-267-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


JIM MELHART PIANO AND ORGAN CENTER, AND 

JIM MELHART, INDIVIDUALLY, Appellants,


v.



BROOK MAYS MUSIC COMPANY, INC.,

D/B/A H&H MUSIC COMPANY, Appellee.

________________________________________________________


On appeal from the 332ND District Court


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides
Memorandum Opinion Per Curiam


 Appellants, JIM MELHART PIANO AND ORGAN CENTER, AND JIM MELHART, 
INDIVIDUALLY, perfected an appeal from a judgment entered by the 332nd District Court
of Hidalgo County, Texas, in cause number C-1563-04-F. After the record was filed, the
appellants filed a motion to dismiss the appeal. In their motion, appellants state that they
no longer wish to prosecute this appeal. Appellants request that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants' motion
to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed

this the 18th day of October, 2007.